1 STEVEN G. KALAR
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone:  (510) 637-3500

5 Counsel for Defendant ALONSO

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                         )      No. CR 14-00146-JST
                    Plaintiff,           )
12                                       )      STIPULATION TO CONTINUE;
   vs.                                   )      [PROPOSED] ORDER CONTINUING
13                                       )      CASE AND EXCLUDING TIME UNDER
   ARMANDO ALONSO,                       )      THE SPEEDY TRIAL ACT
14                                       )
                    Defendant.           )
15 _____ )

16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS  HEARING date of June 6, 2014 presently scheduled at 9:30 a.m., before the

   Honorable John S. Tigar, be vacated and re-set for July 25, 2014 at 9:30 a.m. for CHANGE OF
19
   PLEA.
20
         The reason for this request is that defense counsel is continuing to review, organize, and
21
   investigate discovery in this case.  The government is currently assessing its position with regard
22
   to a certain Sentencing Guideline issue which will be relevant to Mr. Alonso's decision whether
23
   or not to resolve this case by plea.  It is not anticipated that that review can be completed by June
24
   13, 2014.  The next available change of plea date is July 25, 2014.   If Mr. Alonso decides not to
25
   settle the case at the next appearance, the parties will advise the court promptly.
26

                                               1

1      The parties agree and stipulate that the time until July 25, 2014 should be excluded, under

2   18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the

3   continuance outweigh the bests interests of the public and the defendant in a speedy and public

4   trial.  The continuance is necessary to accommodate both counsels' preparation efforts.

5

6   _____      ___/s/_____
    Date     06/04/14                        John Paul Reichmuth
7                                             Assistant Federal Public Defender
                                              Counsel for defendant BLUE
8

9

10                                            _____/s/_____
11   Date     06/04/14                        Katie Madearis
                                              Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1                                    ORDER

2        The court finds that the ends of justice served by the granting of the continuance

3   outweigh the bests interests of the public and the defendant in a speedy and public trial. The

4   continuance is necessary to accommodate both counsels' preparation efforts including the

5   review, organization, and investigation of discovery.  Based on these findings, IT IS HEREBY

6   ORDERED THAT the above-captioned matter be continued to July 25, 2014 at 9:30 a.m., and

7   that time be excluded from the date of this order to July 25, 2014 pursuant to 18 U.S.C.

8   §§3161(h)(7)(A) and (B)(iv).

9

10        IT IS SO ORDERED.

11

12

13   June 5, 2014
     Date

14

15

16

17

18

19

20

21

22

23

24

25

26

                                         3